IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CV-455-D-BM

EVETTE JOHNSON, )
 )
             Plaintiff, )
 )
v. ) **ORDER**
 )
PENDER COUNTY DEPARTMENT OF )
SOCIAL SERVICES, et al. )
 )
             Defendants. )

For the reasons stated in defendants' memorandum in support of their motion to dismiss [D.E. 19] and response in opposition to plaintiff's motion for leave to amend her complaint [D.E. 27], the court GRANTS defendants' motion to dismiss [D.E. 17], DENIES plaintiff's motion for extension of time to serve Pender County [D.E. 20], DENIES plaintiff's motion to amend [D.E. 21], and DISMISSES as moot plaintiff's motion to hold in abeyance [D.E. 22]. The clerk SHALL close the case.

SO ORDERED. This 27 day of May, 2025.

                                                       JAMES C. DEVER III
                                                       United States District Judge