UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| EVETTE JOHNSON, )<br>)<br>)<br>       Plaintiff, )<br>)<br>vs. )<br>)<br>PENDER COUNTY DEPARTMENT OF )<br>SOCIAL SERVICES and PENDER )<br>COUNTY, )<br>)<br>       Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:24-CV-455-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in defendants' memorandum in support of their motion to dismiss [D.E. 19] and response in opposition to plaintiff's motion for leave to amend her complaint [D.E. 27], the court GRANTS defendants' motion to dismiss [D.E. 17], DENIES plaintiff's motion for extension of time to serve Pender County [D.E. 20], DENIES plaintiff's motion to amend [D.E. 21], and DISMISSES as moot plaintiff's motion to hold in abeyance [D.E. 22]. The clerk SHALL close the case.

This Judgment filed and entered on May 27, 2025, and copies to:
Evette Johnson (via US Mail to 109 Bourban Street, Leland, NC  28451)

May 27, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk